IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERAMIE MONTRELL PUGH                                                                    PLAINTIFF

    v.                              Civil No.  4:11-cv-04100

OFFICER PIERRE SUMMERVILLE;
and OFFICER AMES                                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Jeramie M. Pugh, filed this complaint on October 18, 2011, pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis* (IFP). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

The complaint Plaintiff submitted was incomplete.  For this reason, the Clerk's office was directed to send Plaintiff a § 1983 complaint form (ECF No. 3).  Plaintiff was given until November 7, 2011, to complete and return the complaint.

Plaintiff did not comply with the Court order.  On November 16, 2011, a show cause order (ECF No. 4) was entered.  Plaintiff was given until December 7, 2011, to show cause why the complaint should not be dismissed based on his failure to obey the order of the Court.

Plaintiff has not responded to the show cause order.  No mail has been returned as undeliverable.  Plaintiff has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed with prejudice based on the Plaintiff's failure to obey the orders of this Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of December 2011.

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE