IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY MONTRELL PUGH                                                                        PLAINTIFF

VS.                                          Civil No. 4:11-cv-4100

OFFICER PIERRE SUMMERVILLE;
and OFFICER AMES                                                                          DEFENDANTS

## **JUDGMENT**

Before the Court is the Report and Recommendation filed December 15, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge